## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| RICHARD MAXIMUS STRAHAN, | ) | |
| | ) | Civ. No.: _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JUDITH MANN, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Judith Mann, by and though her counsel, Sheehan Phinney Bass & Green,

P.A., and pursuant to 28 U.S.C. §§ 1441(a) and 1446, respectfully notices the removal of the

above-captioned case to the United States District Court for the District of New Hampshire from

the New Hampshire Superior Court, Strafford County, pursuant to 28 U.S.C. §§ 1331, 1441, and

1446.  As grounds for removal of this action, the Defendant states as follows:

1.      On or about September 25, 2017, Plaintiff filed a Complaint and an

"Application for a TRO" in the New Hampshire Superior Court for Strafford County naming

Defendant, Judith Mann, among other parties (the "State Court Action").  *See* Exhibit A.

Plaintiff's Complaint alleges violations of the Civil Rights Act, the Fourth and Fourteenth

Amendments to the Federal Constitution, and claims of libel, slander, and intentional infliction

of emotional distress.  The Plaintiff does not cite any statutory provisions within the Complaint.

2.      On October 4, 2017, Plaintiff emailed undersigned counsel a copy of the

Complaint.  On October 5, 2017, Plaintiff attempted to serve the Defendant with a copy of both

the Summons and the Complaint while the Defendant was testifying in Dover District Court

during a criminal proceeding.  The Defendant maintains that the Plaintiff did not properly serve

the Defendant pursuant to the requirements set forth in RSA ch. 510. Nonetheless, for purposes

of removal, the Defendant will accept October 4, 2017, as the receipt by the defendant through

service or otherwise.

3.      Accordingly, this action is removable under 28 U.S.C. § 1441(a), and this Court

has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as the Plaintiff's Complaint

fairly states a federal question.  A copy of the Summons, the Complaint, and the Application for

a Temporary Restraining Order from the State Court Action are appended hereto as Exhibit A.

4.      The Defendant's counsel received a copy of the Complaint on or about October

4, 2017, and accordingly, this Notice of Removal, filed within the thirty-day period prescribed by

28 U.S.C. § 1446(b)(3), is timely.

5.      A true and accurate copy of this Notice of Removal is being served upon

Plaintiff as required under 28 U.S.C. § 1446(d) via first class mail.

6.      A true and accurate copy of this Notice of Removal is also being filed promptly

with the Clerk of the New Hampshire Superior Court for Strafford County, in accordance with

28 U.S.C. § 1446(d).

7.      Pursuant to Local Rule 81.1(c), the Defendant will file a certified or attested

copy of the state court record within fourteen (14) days of the filing of this notice of removal.

8.      On September 25, 2017, undersigned counsel received notice from this

Honorable Court that his Petition for Admission to the United States District Court for the

District of New Hampshire was received.  The notice required that when undersigned counsel

filed his initial filing with the Court, that he advise the Court that the Petition for Admission was

pending.   As this filing constitutes the undersigned counsel's initial filing, please accept this as

advisement of the pending status of undersigned counsel's Petition for Admission.

WHEREFORE, Defendant hereby respectfully request that this matter be removed from

the Strafford County Superior Court to the United States District Court for the District of New

Hampshire.

Respectfully Submitted,

JUDITH MANN,

By Her Attorneys,

**SHEEHAN PHINNEY BASS & GREEN,
PROFESSIONAL ASSOCIATION**

Dated:  October 19, 2017        By:  /s/ Patrick J. Queenan
                                Patrick J. Queenan (Bar. No. 20127)
                                Sheehan Phinney Bass & Green, P.A.
                                P.O. Box 3701
                                Manchester, NH 03105
                                (T) 603 627 8108
                                pqueenan@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of October 2017, a copy of the foregoing was sent via first
class mail, postage prepaid, to:

Richard Maximus Strahan
P.O. Box 82
Peterborough, NH 03854

By: /s/ Patrick J. Queenan
     Patrick J. Queenan

3