**EXHIBIT B**

THE STATE OF NEW HAMPSHIRE

STRAFFORD, SS                                               SUPERIOR COURT

Docket No. 219-2017-CV-00326

RICHARD MAXIMUS STRAHAN

v.

JUDITH MANN, ET AL.

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE BE ADVISED that on October 18, 2017, Defendant, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441(a) and 1446, removed the above-captioned case to the United States District Court for the District of New Hampshire. A copy of the Notice of Removal dated October 19, 2017, is appended hereto.

WHEREFORE, Defendant respectfully gives notice that the Strafford County Superior Court is required to effect the removal of this case and shall proceed no further in this action pursuant to 28 U.S.C. § 1446(d) unless and until it is remanded.

1

Respectfully Submitted,

JUDITH MANN

By Her attorneys,

**SHEEHAN PHINNEY BASS & GREEN, PROFESSIONAL ASSOCIATION**

Dated: October 19, 2017    By: _____
Patrick J. Queenan, Esq. (Bar No. 20127)
Sheehan Phinney Bass & Green, P.A.
P.O. Box 3701
Manchester, NH 03105
(T) 603 627 8108
pqueenan@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of October 2017, a copy of the foregoing was sent via first class mail, postage prepaid, and electronic mail to:

Richard Maximus Strahan
P.O. Box 82
Peterborough, NH 03854

By: _____
Patrick J. Queenan