# SHEEHAN PHINNEY

Manchester, NH | Concord, NH | Hanover, NH | Boston, MA

**Patrick J. Queenan, Esq.**
Direct Dial: 603-627-8108
pqueenan@sheehan.com

Reply to: Manchester Office
1000 Elm Street, 17th floor
Manchester, NH 03101

October 19, 2017

Strafford County Superior Court
William A. Grimes Justice & Administration Building
259 County Farm Road, Suite 301
Dover, NH 03820

**Re:   Richard Maximus Strahan v. Judith Mann et al, *et al.*,**
      **Civ. No. 219-2017-CV-00326**
      **Notice of Removal**

Dear Sir or Madam:

    Enclosed please find the Notice of Filing of Notice of Removal for filing with the Court in the above-captioned matter.

    Please send a certified or attested copy of the state court record in this matter, together with your bill for the same, at your earliest convenience.

    Thank you for your assistance.

Sincerely,

Patrick J. Queenan

cc:   Richard Maximus Strahan, pro se