UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Richard Maximus Strahan</u>

    v.                                              Civil No. 1:17-cv-163-JL

<u>Rene Kelly, et al</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>Richard Maximus Straham</u>

    v.                                              Civil No. 1:17-cv-502-JD

<u>Judith Mann, et al</u>

O R D E R

The above case, filed on October 19, 2017, references the following as related: 1:17-cv-163-JL <u>Richard Maximus Straham v. Rene Kelly, et al</u>.

After review, the clerk's office has determined that these cases might be consolidated pursuant to Fed. R. Civ. P. 42(a), LR 42.1.  **Unless counsel advises us to the contrary by December 4, 2017, these cases may be consolidated and an order of consolidation issued**.  Any pleadings filed in response to this order shall be filed individually in each of the above-referenced cases that have been identified for potential consolidation.  As the court will not favorably entertain later motions to "unconsolidate" because

of failure to respond, counsel should timely file an objection if such exists.

Cases will be consolidated for all purposes; the former related case will be statistically closed and all parties and counsel from the related case will be added to the main case if not already a part of that case.

A copy of this order shall be docked individually in each of the above-referenced cases and sent to all counsel of record.

The plaintiff in the newly filed case shall include a copy of this order in service on the defendants in the new case.

By the Court,

/s/ Lianne Lavigne
Lianne Lavigne
Deputy Clerk

Date: October 20, 2017

cc:   Richard Maximus Straham, pro se
      Corey M. Belobrow, Esq.
      J. Joseph McKittrick, Esq.
      Eric Alexander Maher, Esq.
      Patrick J. Queenan, Esq.