**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| RICHARD MAXIMUS STRAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 1:17-CV-00502-JD |
| ) | |
| JUDITH MANN, ET AL ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S ANSWER TO COMPLAINT**

The Defendant, Judith Mann ("Mann"), by and through her attorneys, Sheehan Phinney Bass & Green PA, answers the numbered paragraphs of Plaintiff's Complaint as set forth below. Defendant also demands a trial by jury:

1. Denied.

2. Denied.

3. Admitted that the Plaintiff is seeking such relief.

4. Admitted that the Plaintiff seeks a trial by jury.

## **Parties**

5. Defendant lacks information sufficient to admit or deny the information about the Plaintiff.

6. Defendant lacks information sufficient to admit or deny the information about the named Defendant Frederick Slamma.

7. Admitted.

8. Defendant lacks information sufficient to admit or deny the information about the named Defendant Katelyn Smith.

### Jurisdiction and Venue

9. Denied.

10. Admitted that the Federal District Court for the District of New Hampshire has jurisdiction to hear the Plaintiff's claims. Denied that Ms. Mann is a state actor and that she violated the Plaintiff's rights.

### COUNT I:  Defendants Violation of Civil Rights Act and the Plaintiff's 4th and 14th Amendment Right of Due Process and Equal Treatment Under Law

11. Plaintiff repeats his allegations in earlier paragraphs. See Defendant's response to each above.

12. Denied.

13. Defendant lacks information sufficient to admit or deny the allegations of this paragraph of the Complaint related to Frederick Slamma. Denied as the allegations relate to the Defendant.

14. Denied.

15. Defendant lacks information sufficient to admit or deny the allegations of this paragraph of the Complaint related to Katelyn Smith. Denied as the allegations relate to the Defendant.

### COUNT II:  Defendants' Slander and Libel of the Plaintiff

16. Plaintiff repeats his allegations in the earlier paragraphs. See Defendant's response to each above.

17. Denied.

**COUNT III: Defendants' Intentional Infliction of Emotional Distress**

18. Plaintiff repeats his allegations in the earlier paragraphs. See Defendant's response to each above.

19. Denied.

**DEFENDANT'S AFFIRMATIVE DEFENSES**

20. Plaintiff fails to state a claim upon which relief may be granted.

21. Plaintiff is not entitled to any relief or damages as the Defendant did not engage in any form of unlawful conduct.

22. Plaintiff's claims are barred by res judicata.

23. Plaintiff's claims are barred by collateral estoppel.

24. The Defendant is immune from suit under the doctrine of absolute immunity.

25. Plaintiff's right to recover is reduced or eliminated because he failed to mitigate any damages.

26. At all times relevant to this case, Defendant acted in good faith and did not violate any rights which may be secured to Plaintiff under any federal, state, or local laws, rules, regulations, guidelines, or common law.

WHEREFORE, Defendant respectfully requests that this honorable Court:

A. Deny the relief requested by the Plaintiff;

B. Award the Defendant costs and attorney's fees; and

C. Grant the Defendant such additional relief the Court deems just and necessary.

Respectfully Submitted,

JUDITH MANN,

By Her Attorneys,

**SHEEHAN PHINNEY BASS & GREEN, PROFESSIONAL ASSOCIATION**

Dated: October 26, 2017    By: /s/ Patrick J. Queenan
Patrick J. Queenan (Bar. No. 20127)
Sheehan Phinney Bass & Green, P.A.
P.O. Box 3701
Manchester, NH 03105
603 627 8108
pqueenan@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of October 2017, a copy of the foregoing was sent via first class mail, postage prepaid, to:

Richard Maximus Strahan
P.O. Box 82
Peterborough, NH 03854

By: /s/ Patrick J. Queenan
Patrick J. Queenan