UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Maximum Strahan

    v.                                  Case No. 17-cv-163-JL

Rene Kelly, et al.


Richard Maximum Strahan

    v.                                  Case No. 17-cv-502-JD

Judith Mann, et al.


<u>ORDER</u>

A Potential Consolidation Order was issued on October 20, 2017. Objections were due by December 4, 2017. If no objections were filed by either party, the cases would be consolidated by the Court for consolidation.

The Court notes, however, that a Return of Service has not yet been filed as to defendants Frederick Slama and Kelsey Smith. Therefore, the consolidation issue will not be addressed until all parties have been served and have had time to respond.


    SO ORDERED.

                                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: December 5, 2017

cc:   Richard Maximus Strahan, pro se
       Patrick J. Queenan, Esq.