UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Max Strahan
Plaintiff(s)

v.

Judith Mann et al
Defendant(s)

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2017 DEC -7 P 12: 46

Case No. 17-cv-502-JD

MOTION TO/FOR  US Marshal to Serve Summons
(enter title of motion)

Plaintiff - Richard Max Strahan - moves Court to order US Marshal to serve Summons on Defendant owing to his Indigent Status. See Attached signed Application to proceed w/o cost.

(Attach additional sheets if necessary)

Date: 19 Dec 2017


Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).


None Needed
Motion is Confidential and None of Defendants Business.

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature _____

Name: _____

Address: _____

Phone: _____

Email: _____