UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*Richard Max Stealian*

-----

Plaintiff(s)/~~United States~~

*Judith Mann et al.*

-----

Defendant(s)

Case No. *17-cv-502-JD*

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2017 DEC -7 P 12:34

PRO SE MOTION TO OBTAIN ECF LOGIN AND PASSWORD

NOW COMES the Plaintiff/~~Defendant~~, *Richard Max Stealian*, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to obtain an ECF login and password. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.

2. Pro Se Litigant is not presently incarcerated.

3. Pro Se Litigant represents that he/she has the following systems required to participate in ECF:

   A. Personal computer (Pentium 233 Mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e.g., Windows XP or Vista 7 or 8);

   B. Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel WordPerfect, Microsoft Word);

   C. PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;

   D. Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));

   E. Internet browser that is compatible with CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;

   F. A PACER account with PACER login and password;

   G. A document scanner and/or access to a document scanner;

4. As a condition of obtaining an ECF login and password, Pro Se Litigant understands and agrees to the following:

    A. That I am required to maintain and keep the aforementioned systems in working order;

    B. That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

    C. That I will review the interactive "New Hampshire Computer Based Training Modules" on the court's website at www.nhd.uscourts.gov.

    D. That I may only file electronic documents in the above captioned case;

    E. That the clerk's office will terminate my ECF Registration should an attorney subsequently file an appearance on my behalf in the above captioned case;

    F. That I will keep the email addresses associated with my CM/ECF Account current and able to receive electronic notices from the court.

    G. That the court may terminate my ECF Registration at any time for failure to comply with any of the above conditions or other conditions stated in the ECF Registration Form.

WHEREFORE, Pro Se Litigant respectfully requests that the court:

A. Grant the Motion to Obtain an ECF Login and Password;

B. Grant such other relief as is equitable and just.

Date: _____   Signature: _____

Name: Richard Mark Strahy (Typed or Printed)

Address: PO B 52
Peterborough NH

Telephone No. 617-817-4682

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed/hand delivered to the following persons at the address specified herein: _____

_____

_____

Date: _____   Signature: _____

                                            Name: _____
                                                                                   (Typed or Printed)



United States District Court
District of New Hampshire

# PRO SE ECF REGISTRATION FORM

Instructions: This form is used by pro se litigants to register for an account on the Electronic Case Files (ECF) System. This form must be submitted with the motion for permission to obtain an ECF login and password as required by Administrative Procedure 6.2(a).

Name: Richard MAX Strahan
(First, Middle Initial, Last)

Address: POB 82 Peterborough, NH

Telephone: 617-817-4(6( )

E-mail Address: esistoo@yahoo.com

Last 4 Digits of Social Security Number: [REDACTED]   (for purpose of creating Login)

By submitting this account registration form, the undersigned agrees to the following:

1. I agree that the combination of the user log-in name and the password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the Clerk's Office as soon as I learn that my password may have been compromised.

2. In accordance with the provisions of Fed. R. Civ. P. 5(b)(2)(D), I agree that service may be given to me by electronic means through the court's transmission facilities.

3. I agree to waive the provisions of Fed. R. Civ. P. 77(d) and Fed. R. Crim. P. 49(c) providing for service of notice of the entry of an order or judgment by mail and I consent that such notice may be served by electronic means through the court's transmission facilities.

4. I agree that all transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved civil and criminal event menus of the ECF system.

5. I certify that I have reviewed the USDCNH Supplemental Rules for Electronic Case Filing and that I understand that I will be required to comply with those procedures.

6. I certify that I have a PACER account number.

7. I certify that I have the required systems to file and receive documents through the ECF system and that I will maintain those systems in working order.

8. I certify that I will file electronic documents only in those cases in which I am a named party and I have obtained leave of court to do so.

9. I certify that I will review the interactive "New Hampshire Computer-Based Training Modules" available on the court's website prior to filing a document electronically in ECF.

Signature: X

Date: 7 Dec 2017

Return this form to:
Daniel J. Lynch
Clerk, U.S. District Court
Attn: ECF Registrations
55 Pleasant Street, Room 110
Concord, NH 03301

For Court Use Only:
Login: _____
Password: _____
Prid _____ No: _____
Date Assigned: _____

USDCNH-97 (10-14)