# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPHIRE

Richard Maximus Strahan,              )
                                      )
      Plaintiff,                )
                                      )   Case No. 17-cv-00502
v.                                    )
                                      )
Judith Mann, et al.                   )
                                      )
      Defendants                )
                                      )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1, the parties in the above-captioned action, by and through their undersigned counsel and the Plaintiff *pro se*, hereby agree and stipulate that this action be and hereby is dismissed, with prejudice, each party to bear its own costs and that all rights of appeal and attorneys' fees have been waived.

Respectfully submitted,

JUDITH MANN

By its attorneys,

Sheehan, Phinney, Bass and Green, P.A.

Date: January 8, 2018         By: */s/ Patrick J. Queenan*
                                        Patrick J. Queenan, Bar #20127
                                        Sheehan Phinney Bass & Green PA
                                        1000 Elm Street, 17th Floor
                                        Manchester, NH 03110
                                        603-627-8108
                                        pqueenan@sheehan.com

{S0444657.1}

                                      RICHARD MAXIMUS STRAHAN

                                      Pro Se

Dated:  January 8, 2018                    By:  */s/ Richard Maximus Strahan*
                                                        Richard Maximus Strahan

## CERTIFICATION

      I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record and the pro se Plaintiff.

                                                          */s/ Patrick J. Queenan*
                                                          Patrick J. Queenan