RICHARD MAXIMUS STRAHAN

                    Pro Se

Dated: January 8, 2018        By: _____
                                            Richard Maximus Strahan

### CERTIFICATION

    I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record and the pro se Plaintiff.

                                              _____
                                              Patrick J. Queenan